IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMILE SAINT THOMPSON, ) | No. C 10-0354 MMC (PR) |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| CALIFORNIA DEPARTMENT OF ) CORRECTIONS AND ) REHABILITATION, et al., ) | |
| Defendants. ) | |
| _____ ) | |

On January 26, 2010, plaintiff, a California prisoner incarcerated at San Quentin State Prison ("SQSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983, alleging retaliation by SQSP prison officials motivated his being housed on the North B yard, where, plaintiff further alleged, he was subjected to harassment and intimidation by other inmates. By order filed April 26, 2010, the Court reviewed the complaint and found plaintiff had failed to state a cognizable claim for relief. Consequently, the Court determined the complaint was subject to dismissal; the Court, however, granted plaintiff leave to file, within thirty days of the date the order was filed, an amended complaint, provided he could allege facts, subject to proof, that would cure the noted pleading deficiencies.

More than thirty days have passed since the Court's order was filed and plaintiff has

1  not filed an amended complaint or otherwise responded to the Court's order.  Accordingly,
2  the instant action is hereby DISMISSED without prejudice.
3       The Clerk shall close the file.
4       IT IS SO ORDERED.
5  DATED: June 15, 2010

_____
MAXINE M. CHESNEY
United States District Judge