IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREMILE SAINT THOMPSON,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

        Defendants.
        _____/

No. CV-10-0354 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice.

Dated: June 15, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk